# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| MONTEL L. WINN and CAROL L. WINN | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:17-CV-00295-DGK |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal (Doc. 14), it is hereby ORDERED that Plaintiffs' claims against Defendant Experian Information Solutions, Inc., are DISMISSED WITH PREJUDICE. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Date: November 28, 2017

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT